UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| CAROL MORSOVILLO, | 2:07-CV-01011-LRH-RJJ |
| Plaintiff, | |
| | MINUTES OF THE COURT |
| vs. | |
| | September 14, 2007 |
| CLARK COUNTY, et al., | |
| Defendants. | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  ROSEMARIE MILLER      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):           NONE APPEARING

COUNSEL FOR DEFENDANT(S):           NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendants' Motion for Enlargement of Time (#6) to respond to Plaintiff's Complaint by October 15, 2007.  No opposition having been filed and good cause appearing, Defendants' motion (#6) is granted and their response to the Complaint is due by Monday, October 15, 2007.

                                                     LANCE S. WILSON, CLERK

                                                     By:           /s/
                                                               Deputy Clerk