1
2
3
4

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CAROL MORSOVILLO, Individually, | ) | 2:07-cv-01011-LRH-RJJ |
| Plaintiff, | ) | |
| vs. | ) | |
| CLARK COUNTY; a Nevada political entity EIGHTH JUDICIAL DISTRICT COURT, a Nevada public entity; STATE OF NEVADA; CHUCK SHORT, in his official and individual capacity; STEVE RUSHFIELD, in his official and individual capacity; DOES I through X, inclusive, AND ROE CORPORATIONS, 1-100, | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S REPLY DEADLINE ; ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, above named, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and Defendants, above named, by and through their undersigned counsel, JILL C. DAVIS, Senior Deputy Attorney General, that the time for filing of the Plaintiff's response to the Defendants' motion for summary judgment, currently due by May 29, 2009, shall be extended to Friday, June 12, 2009. The Defendants' reply brief, if any, shall be due for filing by Tuesday, June 30, 2009.

This is the first request for an extension of time to file the Plaintiff's response to

1

the Defendants' motion for summary judgment. This additional time is needed in order to complete the response by the Plaintiff.

```
       /s/                                         /s/
KIRK T. KENNEDY, ESQ.              JILL C. DAVIS, Senior Dep. A.G.
Attorney for Plaintiff             Attorney for all Defendants

Dated: 5/26/09                     Dated: 5/26/09
```

**ORDER**

      IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE