UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROL MORSOVILLO, Individually, <br><br>  Plaintiff, <br><br> vs. <br><br> CLARK COUNTY; a Nevada political entity; EIGHTH JUDICIAL DISTRICT COURT, a Nevada public entity; STATE OF NEVADA; CHUCK SHORT, in his official and individual capacity; STEVE RUSHFIELD, in his official and individual capacity; DOES I through X, inclusive, AND ROE CORPORATIONS, 1-100, <br><br>  Defendants. | 2:07-cv-01011-LRH-RJJ |

**STIPULATION TO EXTEND TIME TO FILE PRE-TRIAL ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, above named, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and Defendants, above named, by and through their undersigned counsel, JILL C. DAVIS, Senior Deputy Attorney General, that the deadline to file the pre-trial order, which is currently Friday, December 11, 2009, shall be continued for not less than 40 days, as the parties are engaging in active settlement discussions which will resolve the case within the next 30 days and allow time for the parties to exchange settlement related documentation.

This is the first request to extend the time to file the pre-trial order.

/s/ _____  
KIRK T. KENNEDY, ESQ.  
Attorney for Plaintiff

/s/ _____  
JILL C. DAVIS, Senior Dep. A.G.  
Attorney for all Defendants

Dated: 12/9/09

Dated: 12/9/09

**ORDER**

IT IS SO ORDERED.

DATED this 15th day of December, 2009.

_____  
LARRY R. HICKS  
UNITED STATES DISTRICT JUDGE